UNITED STATES ex rel. CATECHES v. DAY,
COMMISSIONER OF IMMIGRATION.

No. 336.   Argued March 2, 1931.—Decided March 23, 1931.

*Mr. Harold Van Riper* for petitioner.

*Mr. Claude R. Branch,* Special Assistant to the Attorney
General, with whom *Solicitor General Thacher, Assistant
Attorney General Dodds,* and *Messrs. Harry S. Ridgely,*
and *Paul D. Miller* were on the brief, for respondent.

MR. JUSTICE HOLMES delivered the opinion of the
Court.

This case also arose in the Second Circuit, upon facts
similar to those in No. 92, *ante,* p. 48.   The petitioner
arrived in this country in October, 1925, upon an Italian
ship, deserted at once and since has been engaged in land
employment.   He was arrested May 8, 1929, and after
hearing was ordered to be deported on the same ground
as the petitioner in No. 92.   A writ of habeas corpus was
applied for alleging that the arrest was not made within
three years from the date of entry.   The writ was dis-
missed by the District Court and the order was affirmed
by the Circuit Court of Appeals.   A writ of certiorari was
granted by this Court.

*Judgment affirmed.*